USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-27-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                              :

JOSE MINAYA,                      :
    a/k/a "Jose Minalla,"

          Defendant.        :

- - - - - - - - - - - - - - - - x

ORDER

07 Cr. 1043 (LBS)

       Upon the application of the United States of America,
by and through Assistant United States Attorney Parvin Moyne, and
with the consent of the defendant, JOSE MINAYA, by and through
his counsel, Elizabeth Macedonio, Esq., it is hereby ORDERED that
the time between the date of this Order and the date of the next
scheduled conference, January 8, 2008, is excluded for purposes
of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the
interests of justice.  The ends of justice served by such
continuance outweigh the interest of the public and the defendant
in a speedy trial because it will allow counsel to, among other
things, review discovery and contemplate any motions, and it will
allow the parties to discuss a possible disposition of the case.

       SO ORDERED.

Dated:    November 27, 2007
          New York New York

_____
Hon. Leonard B. Sand
United States District Judge