USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

    -v.-                          :

JOSE MINAYA,                  :
    a/k/a "Jose Minalla,"
                               :
          Defendant.
                               :
- - - - - - - - - - - - - - - - x

ORDER

07 Cr. 1043 (LBS)

        Upon the application of the United States of America, by and through Assistant United States Attorneys Parvin Moyne & Iris Lan, and with the consent of the defendant, JOSE MINAYA, by and through his counsel, Elizabeth Macedonio, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, February 11, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to, among other things, review discovery and contemplate any motions, and it will allow the parties to discuss a possible disposition of the case.

        SO ORDERED.

Dated:    January 9, 2008
              New York New York

                                          Hon. Leonard B. Sand
                                          United States District Judge