```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                     ORDER
     -v.-                        :
                                     07 Cr. 1043 (LBS)
JOSE MINAYA,                     :
     a/k/a "Jose Minalla,"
                                 :
          Defendant.
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08

Upon the application of the United States of America, by and through Assistant United States Attorneys Parvin Moyne & Iris Lan, and with the consent of the defendant, JOSE MINAYA, by and through his counsel, Elizabeth Macedonio, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the trial, April 21, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because, among other things, it will allow the parties to discuss a possible disposition of the case and, in the event there is no disposition, to prepare for trial.

SO ORDERED.

Dated:   February 11, 2008
         New York New York

_____
Hon. Leonard B. Sand
United States District Judge